# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Claudine Mittelman, <br><br> Plaintiff, <br><br> v. <br><br> Louis Vuitton USA, Inc. <br><br> Defendant. | No. CV-22-1141-PHX-DGC <br><br> **CASE MANAGEMENT ORDER** |

The Court, having reviewed Plaintiff Claudine Mittelman's and Defendant Louis Vuitton USA, Inc.'s (collectively "the Parties") Stipulation of Dismissal and for good cause appearing,

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice. Each party is to bear its own attorneys' fees and costs.

Dated this 24th day of August, 2022.

*David G. Campbell*
David G. Campbell
Senior United States District Judge